730

Commonwealth ex rel. Rishell, Appellant, v.
Russell.

Submitted June 12, 1967. *John Robert Rishell*, appellant,
in propria persona; *John K. Reilly, Jr.*, District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Schneider, Appellant, v.
Schneider.

Argued June 20, 1967. *Harold S. Patton*, with him *Neal
& Patton*, for appellant; *Ivan Michaelson Czap*, with
him *I. Bernard Fenner*, for appellee.
Order affirmed.

Commonwealth ex rel. Shipp v. Shipp,
Appellant.

Argued June 14, 1967. *James A. Burgess, Jr.*,
with him *Nelson Romisher*, for appellant; *Roger M.
Whiteman*, for appellee.
Order affirmed.